IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BANCRÉDITO HOLDING CORPORATION, DERIVATIVELY ON BEHALF OF NOMINAL DEFENDANT, BANCRÉDITO INTERNATIONAL BANK & TRUST CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>DRIVEN ADMINISTRATIVE SERVICES, LLC, *et al.*,<br><br>**Defendants.** | **CIVIL NO.** 24-1036 (JAG) |

## JUDGMENT

Pursuant to this Court's Memorandum and Order, Docket No. 75, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, February 10, 2025.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE